[Dordsta] [Order Scheduling Trial–AP]

ORDERED.

Dated: August 13, 2024

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>Tijuana Flats Restaurants, LLC<br><br>       Debtor*     /<br><br>Tijuana Flats Restaurants, LLC<br><br>       Plaintiff*<br><br>vs.<br><br>Push Inc<br><br>       Defendant*     / | Case No. 3:24–bk–01128–BAJ<br>Chapter 11<br><br><br><br><br><br><br>Adv. Pro. No. 3:24–ap–00082–BAJ |

**ORDER SCHEDULING TRIAL**

    The Court will conduct a trial in this adversary proceeding on November 19, 2024, at 11:30 AM, in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202. The estimated duration of the trial is Four (4) Hours Accordingly, it is

    **ORDERED:**

    1. **Pretrial Disclosure.** Fed. R. Civ. P. 26(a)(3) governs pretrial disclosure regarding witnesses and use of depositions. Parties must file and exchange names, telephone numbers, and addresses for witnesses, and any designations of depositions at least 28 days before trial. Objections under Fed. R. Civ. P. 32(a) to the use of depositions must be filed within 14 days of the disclosure. (Note: Under Fed. R. Civ. P. 32(b), objections to the admissibility of deposition testimony are reserved for hearing or trial.)

    2. **Joint Stipulation of Undisputed Facts.** The parties must meet in person or by video to prepare a joint stipulation of undisputed facts and exhibits that may be admitted into evidence without objection. The stipulation must be filed no later than seven days before the date set for trial.

    3. **Exhibits.** Parties must comply with all requirements of Local Rules 7001–1 and 9070–1 concerning exhibits. Parties must exchange exhibits no later than seven days before the date set for trial.

    (a) ***Objections to Authenticity.*** Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

    (b) ***Self–Authentication.*** If a party intends to rely upon the self–authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

4. ***Expert Testimony.*** As a condition of using expert testimony at trial, parties must comply with Fed. R. Civ. P. 26(a)(2) no later than 28 days before trial.

5. ***Discovery Cutoff.*** Parties must complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

6. ***Discovery Disputes.*** The parties must first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

7. ***Meet and Confer Requirement.*** Counsel for all parties must confer within seven days prior to the trial and seek in good faith to settle the adversary proceeding.

<u>Avoid delays at Courthouse security checkpoints.</u> You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073–1 of this Court's Local Rules.

The Clerk's office is directed to serve a copy of this Order on interested parties via CM/ECF.

...

[*]All references to "Debtor" must include and refer to both of the debtors in a case filed jointly by two individuals.

[*]All references to "Plaintiff" or "Defendant" must include and refer to multiple plaintiffs or defendants.