**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re                                             ) | |
| TIJUANA FLATS RESTAURANTS,   ) | Case Nos.  3:24-bk-1122-BAJ |
| LLC, *et al*,[1]                                  ) |            and  3:24-bk-1128-BAJ |
|                                                   ) | |
|            Debtors.                               ) | Chapter 11 |
|                                                   ) | |
|                                                   ) | Jointly Administered Under |
| _____ ) | Case No. 3:24-bk-1128-BAJ |
|                                                   ) | |
| TIJUANA FLATS RESTAURANTS,   ) | |
| LLC,                                              ) | |
|                                                   ) | |
|            Plaintiff,                             ) | |
|                                                   ) | |
| v.                                                ) | Adversary No.: 3:24-ap-00082-BAJ |
|                                                   ) | |
| PUSH, INCORPORATED,                               ) | |
|                                                   ) | |
|            Defendant.                             ) | |
| _____ ) | |

**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, plaintiff, Tijuana Flats Restaurants, LLC ("Plaintiff"), by and through its undersigned counsel, submits the following Initial Disclosures:

1. <u>Individuals Likely to Have Discoverable Information</u>.  Pursuant to Rule 26(a)(1)(A)(i), set forth below are individuals presently known to the Plaintiff who may

---

[1] The Federal Employer Identification Number of the Debtor is 47-4472442.  The principal address of the Debtor is 2300 Maitland Center Parkway, Suite 306, Maitland, Florida 32751.

have general discoverable information relevant to the issues raised in the complaint or that may be relied upon or introduced into evidence:

> David A. Pearl
> Tijuana Flats Restaurants, LLC
> 2300 Maitland Center Parkway
> Suite 306
> Maitland, Florida 32751
>
> Casey Rees
> 2300 Maitland Center Parkway
> Suite 306
> Maitland, Florida 32751

Plaintiff reserves the right to amend this list as appropriate.

2. <u>Documents, Electronically Stored Information, and Tangible Things to Support Plaintiff's Claims</u>. Pursuant to Rule 26(a)(1)(A)(ii), listed below are general descriptions of documents, data compilations and tangible items in the possession, custody or control of Plaintiff, which may be relevant to the issues raised in the Complaint or may be relied upon or introduced into evidence.

    a. 2023 Scope of Value Agreement between Plaintiff and Defendant, as amended.

    b. E-mail exchanges regarding renewal and extension of Scope of Agency Agreement.

    c. Invoices submitted to Plaintiff by Defendant.

    d. Defendant's statement(s) of account.

3. <u>Computation of Damages</u>. Defendant received payments totaling $85,898,06 in the 90 days preceding the Petition Date, all on account of antecedent debts owed by the Plaintiff.

4.  <u>Availability of Insurance Coverage</u>.  Pursuant to Rule 26(a)(1)(A)(iv), Plaintiff is not aware of any insurance coverage available to satisfy all or part of a possible judgment in this adversary proceeding.

5.  <u>Expert Testimony</u>.  Plaintiff has not yet identified the expert witnesses who will testify at trial.  Plaintiff will supplement this disclosure should a testifying expert be retained.

6.  <u>Supplementation of Disclosures</u>.  These disclosures are based on information currently known and available to Plaintiff, who acknowledges its obligations under Fed. R. Civ. P. 26(d) to supplement these disclosures if additional information becomes available during the discovery process.

7.  <u>Reservation of Rights</u>.  Plaintiff reserves the right to call other witnesses and to introduce other evidence in rebuttal to any testimony or evidence put forth by any other party.

8.  <u>No Waiver</u>.  The identification of individuals and documents herein shall not waive any rights of Plaintiff to object to specific discovery requests or to seek a protective order on any basis available under applicable law or rules, including, but not limited to, the right to object to discovery based on privilege, burdensomeness or relevance.

9. <u>No Admission</u>.  No disclosure herein shall be deemed an admission or acknowledgment that the named individuals actually have any discoverable information that is relevant to Plaintiff's complaint.

**THAMES | MARKEY**

By */s/ Richard R. Thames*
    Richard R. Thames

Florida Bar No. 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law

Attorneys for Tijuana Flats Restaurants, LLC

**Certificate of Service**

I hereby certify that on August 14, 2024, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files System, which will send a notice of electronic filing to Jennifer L. Morando, Esq., 1500 E. Robinson Street, Orlando, Florida 32801 (Jennifer@heatwolelaw.com ).

                                                    */s/ Richard R. Thames*
                                                    Attorney