**ORDERED.**

**Dated:  November 14, 2024**

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | | |
| TIJUANA FLATS RESTAURANTS, LLC, *et al*,[1] | ) | Case Nos.  3:24-bk-1122-BAJ and  3:24-bk-1128-BAJ |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered Under Case No. 3:24-bk-1128-BAJ |
| _____ | ) | |
| | | |
| TIJUANA FLATS RESTAURANTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No.: 3:24-ap-00082-BAJ |
| | ) | |
| PUSH, INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**AMENDED ORDER GRANTING JOINT MOTION**

_____

[1]  The Federal Employer Identification Number of Tijuana Flats Restaurants, LLC is 47-4472442.  The principal address of the Debtor is 2300 Maitland Center Parkway, Suite 306, Maitland, Florida 32751.

**TO RESCHEDULE TRIAL SET FOR NOVEMBER 19, 2024**

This adversary proceeding came before the Court upon the Joint Motion to Reschedule Trial Set for November 19, 2024 (the "Motion") [Docket No. 13]. Upon consideration, it is ORDERED:

1.      The Motion is granted.

2.      The trial of this adversary proceeding is hereby continued to January 7, 2025 at 10:00 a.m. to be held concurrently with the trial of Push, Inc.'s application for allowance of administrative expense and the Debtors' objection thereto

3.      The parties shall continue to abide by all other deadlines set forth in the Court's Order Scheduling Trial dated August 13, 2024 [Docket No. 4].

.

Stretto, Inc. is directed to serve a copy of this Order on the "Short List" of interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the Order.